IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 11-00148-01-CR-W-DW |
| | ) | |
| TAMIKO GRANDISON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on June 26, 2013. Defendant Tamiko Grandison appeared in person and with retained counsel Wainsworth Anderson. The United States of America appeared by Assistant United States Attorney Charles Ambrose.

## I.  BACKGROUND

On July 12, 2013, an indictment was returned charging defendant with one count of conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A).

The following matters were discussed and action taken during the pretrial conference:

## II.  TRIAL COUNSEL

Mr. Ambrose announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Detective Errol Wiggins, Kansas City, Missouri, Police Department.

Mr. Anderson announced that he will be the trial counsel for defendant Tamiko Grandison.

## III.  OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Ambrose announced that the government intends to call 10-12 witnesses with or without stipulations.

Mr. Anderson announced that defendant Tamiko Grandison intends to call 2 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Mr. Ambrose announced that the government will offer approximately 20 exhibits in evidence during the trial.

Mr. Anderson announced that defendant Tamiko Grandison will offer approximately 10 exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Anderson announced that defendant Tamiko Grandison will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Anderson stated this case may be for trial.

## VIII. STIPULATIONS

Stipulations are not likely.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 3 1/2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed February 27, 2012, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by June 26, 2013;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, July 3, 2013;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, July 3, 2013. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

Motions in limine on the following issues will probably be filed: photos, phone records, plea bargains with witnesses. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on July 8, 2013.

Counsel requested until July 3, 2013, to file motions in limine. That request was granted.

                                                                     /s/ Robert E. Larsen
                                                                     ROBERT E. LARSEN
                                                                     United States Magistrate Judge

Kansas City, Missouri
June 26, 2013

---

[1] Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the forthcoming trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, July 5, 2013. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.